AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Bradshaw W. Taylor<br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-100<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/05/2025__ in the county of __Perry__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a Firearm or Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

RYAN EDWARDS
Digitally signed by RYAN EDWARDS
Date: 2025.03.05 12:42:49 -05'00'

*Complainant's signature*

Ryan Edwards, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
VIA AUDIO telephone
Date: 3/5/25

*Judge's signature*

City and state: Columbus, OH

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

## ATTACHMENT A

I, Ryan Edwards, being duly sworn, depose and state that:

I have been a Special Agent, with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since February of 2024. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of a criminal complaint against Bradshaw W. TAYLOR, (DOB: 09/13/1982) for possession of a firearm and/or ammunition by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related police reports, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. On March 5, 2025, Special Agents and Task Force Officers with ATF were conducting a federal search warrant at the location of 305 East Main Street, Junction City, Ohio, 43748. The location is TAYLOR's personal residence. Your affiant knows the location to be his residence because when conducting an inquiry on the Perry County Auditor site, it shows that as of March 28, 2017, when purchased, Bradshaw TAYLOR is the current owner of the residence located at 305 East Main Street, Junction City, Ohio 43748.

3. While executing the Federal search warrant, investigators recovered two firearm(s) from the residence. The firearm(s) recovered are more specifically identified as a Remington 870 Express Shotgun (SN: D014227M) hanging on a hook inside of the garage located at 305 East Main Street, Junction City, Ohio 43748 and a Taurus PT738 380 Caliber handgun with an obliterated serial number located in the dresser of the master bedroom of the residence in a black case, sitting on top of a check addressed to Bradshaw TAYLOR.

4. SA Edwards and SA Voytek conducted an interview of Jessica Taylor, wife of Bradshaw TAYLOR. Jessica Taylor indicated to SA Edwards and SA Voytek that she only knows of one firearm in the residence, an additional grey pistol located in her nightstand next to the bed in the master bedroom. She indicated to SA Edwards and SA Voytek that any other firearms found within the residence, she does not know of.

5. SA Edwards and SA Voytek conducted an interview of Bradshaw TAYLOR. TAYLOR agreed to speak with SA Edwards and SA Voytek without a lawyer present after being advised of his rights and him signing the Advice of Rights and Waiver form. TAYLOR told SA Edwards and SA Voytek that he only knows of two shotguns within the residence, one located in the garage hanging from a hook, and a shotgun located in the master bedroom that

AO 91 (Rev. 11/11) Criminal Complaint

TAYLOR admitted to physically handling when receiving the firearm from a friend. TAYLOR portrayed that he was going to perform repairs on the shotgun for this friend.

6. An ATF Nexus expert determined that the aforementioned firearm(s) were not manufactured in the state of Ohio and therefore would have affected interstate and/or foreign commerce to arrive in Ohio.

7. A review of TAYLOR's criminal history shows that he has been convicted of the following criminal offenses which would prohibit his possession of a firearm under Title 18 U.S.C.§ 922(g)(1):

   a. Five (5) counts of Felonious Assault, a felony of the second degree, by the Montgomery County Court of Common Pleas in 2010, case number 09CRA1062.
   b. One (1) count of Improperly Discharging a Firearm into Habitation, a felony of the second degree, by the Montgomery County Court of Common Pleas in 2010, case number 09CRA1062.
   c. One (1) count of Carrying Concealed Weapons, a felony of the fourth degree, by the Montgomery County Court of Common Pleas in 2010, case number 09CRA1062.

8. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with Federal firearms violations, your affiant believes that probable cause exists to believe that on or about March 5, 2025, Bradshaw W. TAYLOR, a Convicted Felon, did possess a firearm which was not manufactured in the State of Ohio and therefore traveled in and/or affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

RYAN EDWARDS
Digitally signed by RYAN EDWARDS
Date: 2025.03.05 12:43:17 -05'00'

Ryan Edwards, ATF Special Agent

Sworn to before me and signed in my presence.
VIA AUDIO TELPhone

Elizabeth P. Deavers
U.S. Magistrate Judge

3/5/2025
Date